UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT KURT HAIRSTON, | CASE NO. 1:14-cv-01760-LJO-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE** |
| v. | |
| R. CURLISS, et al., | **(ECF No. 5)** |
| Defendants. | **CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On November 24, 2014, the Magistrate Judge issued findings and recommendations to deny Plaintiff's in forma pauperis application and to require Plaintiff to pay the filing fee in full. (ECF No. 4.) On December 18, 2014, the undersigned adopted the findings and recommendations and ordered Plaintiff to submit the $400 filing fee in full within twenty-one days. (ECF No. 5.) Plaintiff specifically was cautioned that his failure to do so would result in dismissal of this action. (Id.) Local Rule 110. The twenty-one day deadline has passed and Plaintiff has not submitted the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without

prejudice, pursuant to Local Rule 110 for Plaintiff's failure to pay the filling fee. The Clerk is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:  **January 13, 2015**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE